```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
         ASHEVILLE DIVISION
           1:09CV211-MU-02
```

```
CECIL LEE HENSON,           )
      Plaintiff,            )
                            )
      v.                    )        O R D E R
                            )
JOAN BLAKE, Nurse at the    )
  Rutherford County Jail,   )
      Defendant.            )
_____)
```

**THIS MATTER** comes before the Court on Plaintiff's Notice of Voluntary Dismissal (document # 14), filed February 3, 2010; and on Defendant's Stipulation to Voluntary Dismissal of Action (document # 15), filed February 4, 2010.

On June 4, 2009, Plaintiff filed his civil rights Complaint (document # 1) against several Defendants. On June 16, 2009, the Court entered an Order (document # 4) dismissing Plaintiff's Complaint as to everyone except Defendant Blake. Such Order further directed Defendant Blake to answer Plaintiff's allegations in accordance with the Federal Rules of Civil Procedure.

On July 1, 2009, Plaintiff filed a Motion to Alter or Amend Judgment pursuant to Federal Rules of Civil Procedure, Rule 59(e) (document # 7). On July 16, 2009, Defendant Blake filed an Answer (document # 11) denying the material allegations of Plaintiff's Complaint. On January 27, 2010, the Court entered an Order

(document # 13) denying Plaintiff's Motion to Alter or Amend as insufficient, but further advising him that within thirty (30) days of the entry of that Order, he could file a new motion for reconsideration setting out factual support for his claims of municipal and supervisory liability against Rutherford County and Sheriff Byers.

Although Plaintiff has filed the instant Notice of Voluntary Dismissal (document # 14) pursuant to Federal Rule of Civil Procedure 41(A)(1), inasmuch as Defendant already has answered his Complaint, he simply is not entitled to dismiss his action without Defendant's consent.  See Fed.R.Civ.P.41(a)(1)(A)(ii). Ultimately, however, because Defendant has, indeed, stipulated to Plaintiff's Dismissal of this action, Plaintiff's Notice of Voluntary Dismiss, which the Court has construed as a motion to dismiss without prejudice, will be granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

1.  Plaintiff's Notice of Voluntary Dismissal (document # 14), which has been construed as a motion to dismiss without prejudice, is **GRANTED;**

2.  Plaintiff's Complaint is **DISMISSED without prejudice.**

**SO ORDERED.**

Signed: February 9, 2010

Graham C. Mullen
United States District Judge